UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JACLYN STEWART,

    Plaintiff,                                         CASE NO.

    v.

NORTHSTAR LOCATION SERVICES, LLC

    Defendant.
_____/

**PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, JACLYN STEWART ("Plaintiff"), by and through attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, NORTHSTAR LOCATION SERVICES, LLC ("Defendant"), alleges and affirmatively states as follows:

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Connecticut personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5.  Plaintiff is a natural person who resides Waterbury, New Haven County, Connecticut and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6.  Plaintiff is informed, believes, and thereon alleges, that Defendant is a company with a business office located in Cheektowaga, New York.

7.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8.  Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

9.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.  These calls started in or around February 2011.

12. Defendant called Plaintiff's father and sister-in-law and disclosed the fact of Plaintiff's alleged debt to both Plaintiff's father and sister-in-law. Defendant has called Plaintiff's sister-in-law after 10:30PM.

13. Defendant calls Plaintiff's cell phone, home and Plaintiff's husband every day.

14. Defendant calls Plaintiff from 866-677-2587.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

14. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated *§1692c(b)* of the FDCPA by disclosing the fact of Plaintiff's alleged debt to her father and sister-in-law.

b) Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff; and

c) Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

15. Statutory damages of $1000.00, pursuant to the FDCPA, 15 U.S.C. 1692k.

16. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

17. Any other relief that this court deems to be just and proper.

                RESPECTFULLY SUBMITTED,

By: <u>/s/ Jonathan Cohen</u>
     Jonathan Cohen – Local Counsel for
     Krohn & Moss, Ltd

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, JACLYN STEWART hereby demands trial by jury in this action.

*Attn: Shireen*
*866 861 1390*

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF CONNECTICUT)

Plaintiff, JACLYN STEWART, says as follows:

1. I am a Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JACLYN STEWART, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 2/24/11

_____
JACLYN STEWART,
Plaintiff