**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JACLYN STEWART,

Plaintiff,                                                                   CASE NO. 3:11-cv-00626-CFD

      v.

NORTHSTAR LOCATION SERVICES, LLC

   Defendant.
_____ :

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, JACLYN STEWART, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated:  September 23, 2011            RESPECTFULLY SUBMITTED,

                                                      By: /s/ Jonathan Cohen
                                                      Jonathan Cohen – Local Counsel for
                                                      Krohn & Moss, Ltd

                                                      Attorneys for Plaintiff,
                                                      JACLYN STEWART

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to the Attorney for Defendant by the Court's CM/ECF system.

      /s/ Jonathan Cohen
Jonathan Cohen
Attorney for Plaintiff