# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACLYN STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:11-cv-00626-CFD |
| | ) | |
| NORTHSTAR LOCATION | ) | |
| SERVICES, LLC, | ) | |
| | ) | VOLUNTARY DISMISSAL |
| | ) | |
| Defendant. | ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

 JACLYN STEWART (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to

FRCP 41(a)(1) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order)

voluntarily dismisses, with prejudice, NORTHSTAR LOCATION SERVICES, LLC (Defendant),

in this case.

Dated: September 23, 2011                    KROHN & MOSS, LTD.


                                             RESPECTFULLY SUBMITTED,

                                              /s/Jonathan Cohen
                                             Jonathan Cohen
                                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to the Attorney for Defendant by the Court's CM/ECF system.


By:      /s/Jonathan Cohen

Jonathan Cohen